**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-40322-H5-7 |
| | § | |
| CONTINUUM CHEMICAL | § | |
| CORPORATION | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Rodney D. Tow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $277,529.03 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,110,547.11 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $234,048.40 | | |

3)      Total gross receipts of $1,344,595.51  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,344,595.51 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $7,897,836.64 | $2,056,394.33 | $1,097,296.71 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $659,623.70 | $234,048.40 | $234,048.40 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $12,564.15 | $12,564.15 | $12,564.15 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $672,416.75 | $649,973.03 | $686.25 |
| **Total Disbursements** | $0.00 | $9,242,441.24 | $2,952,979.91 | $1,344,595.51 |

4).  This case was originally filed under chapter 7 on 11/12/2010.  The case was pending for 73 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2017                    By:   /s/ Rodney D. Tow
                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable Collected by Factoring Company:Advantage Business Capital4605 Post Oak PlaceHouston, Texas 77027 | 1121-000 | $24,010.61 |
| 1997 International 4700 3-Ton Truck with Stake Bed and Liftbed (T-444E) VIN:1HTSCABM3VH473828 116,386 miles $12,000.00, | 1129-000 | $29,100.00 |
| Arbitration Award Continuum Chemical Corporation v. Midwest Generation EME,LLC Nature of Dispute: Breach of Contract Fac | 1129-000 | $1,288,073.89 |
| Business Checking Account Community National Bank,Bellaire Texas Account No. xx0672 Estimated Balance | 1129-000 | $3,408.77 |
| Interest Earned | 1270-000 | $2.24 |
| **TOTAL GROSS RECEIPTS** | | $1,344,595.51 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Harris County, et al | 4210-000 | $0.00 | $75,438.98 | $18,571.50 | $18,871.50 |
| 28 | Chellio Crane, Inc. | 4220-000 | $0.00 | $369,699.94 | $163,535.86 | $163,535.86 |
| 29 | Feece Oil Company | 4220-000 | $0.00 | $336,410.25 | $142,434.04 | $142,434.04 |
| 30 | Rachke Piping and Mechanical Inc | 4220-000 | $0.00 | $944,114.28 | $399,732.21 | $399,732.21 |
| 31 | Medford Investments LP | 4210-000 | $0.00 | $3,354,897.04 | $53,631.38 | $53,631.38 |
| 32 | Westlane Capital Corp | 4210-000 | $0.00 | $1,857,878.53 | $319,091.72 | $319,091.72 |
| 33 | Arthur Schechter | 4210-000 | $0.00 | $825,812.69 | $825,812.69 | $0.00 |
| 35 | Enviromental Rental Services, Inc | 4120-000 | $0.00 | $133,584.93 | $133,584.93 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $7,897,836.64 | $2,056,394.33 | $1,097,296.71 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rodney Tow, Trustee, Trustee | 2100-000 | NA | $1,103.12 | $1,103.12 | $1,103.12 |
| W. Steve Smith, Trustee | 2100-000 | NA | $62,484.75 | $15,598.79 | $15,598.79 |
| George Adams & Co. | 2300-000 | NA | $74.74 | $74.74 | $74.74 |
| GEORGE ADAMS & COMPANY | 2300-000 | NA | $38.92 | $38.92 | $38.92 |
| Green Bank | 2600-000 | NA | $440.36 | $440.36 | $440.36 |
| Integrity Bank | 2600-000 | NA | $1,806.43 | $1,806.43 | $1,806.43 |
| Ira Gould d/b/a Law Offices of Ira Gould | 2990-000 | NA | $528,726.71 | $150,037.37 | $150,037.37 |
| Attorney for Trustee | 3110-000 | NA | $48,181.50 | $48,181.50 | $48,181.50 |
| Attorney for Trustee | 3120-000 | NA | $5,229.29 | $5,229.29 | $5,229.29 |
| WILLIAM G. WEST, Accountant for Trustee | 3410-000 | NA | $6,185.36 | $6,185.36 | $6,185.36 |
| WILLIAM G. WEST, Accountant for Trustee | 3420-000 | NA | $160.52 | $160.52 | $160.52 |
| Auctioneer for Trustee | 3610-000 | NA | $4,365.00 | $4,365.00 | $4,365.00 |
| Auctioneer for Trustee | 3620-000 | NA | $827.00 | $827.00 | $827.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $659,623.70 | $234,048.40 | $234,048.40 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 37 | Comptroller of Public Accounts | 5800-000 | $0.00 | $12,564.15 | $12,564.15 | $12,564.15 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $12,564.15 | $12,564.15 | $12,564.15 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Univar USA Inc. | 7100-000 | $0.00 | $46,000.00 | $46,000.00 | $0.00 |
|  | US Bankruptcy Clerk (Claim No. | 7100-001 | $0.00 | $0.00 | $0.00 | $48.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1; Univar USA Inc.) | | | | | |
| 2 | Davis & Hosfield Consulting | 7100-000 | $0.00 | $44,082.06 | $44,082.06 | $46.54 |
| 3 | Baker Petrolite Corporation | 7100-000 | $0.00 | $24,007.50 | $24,007.50 | $25.35 |
| 5 | Markel RE | 7100-000 | $0.00 | $34,031.51 | $34,031.51 | $0.00 |
| | US Bankruptcy Clerk (Claim No. 5; Markel RE) | 7100-001 | $0.00 | $0.00 | $0.00 | $35.93 |
| 6 | YRC, INC | 7100-000 | $0.00 | $16,623.98 | $16,623.98 | $17.55 |
| 7 | Pitney Bowes Inc | 7100-000 | $0.00 | $1,294.17 | $1,294.17 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 7; Pitney Bowes Inc) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.37 |
| 8 | Mainland Valve & Fitting, Inc. | 7100-000 | $0.00 | $348.47 | $348.47 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 8; Mainland Valve & Fitting, Inc.) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.37 |
| 9 | Wingate Inn | 7100-000 | $0.00 | $112,365.55 | $112,365.55 | $118.64 |
| 10 | Wingate Inn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Amy Milstead | 7100-000 | $0.00 | $3,860.20 | $3,860.20 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 11; Amy Milstead) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.08 |
| 12 | J.E. Manzi and Associates, Inc. | 7100-000 | $0.00 | $17,157.80 | $17,157.80 | $18.12 |
| 13 | Friedman & Bruya, Inc. | 7100-000 | $0.00 | $5,465.00 | $5,465.00 | $5.77 |
| 14 | Lyman & Nielsen LLC | 7100-000 | $0.00 | $2,775.99 | $2,775.99 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 14; Lyman & Nielsen LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.93 |
| 15 | Packard Transport, Inc. | 7100-000 | $0.00 | $2,254.00 | $2,254.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 15; Packard Transport, Inc.) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.38 |
| 16 | George Leynaud | 7100-000 | $0.00 | $558.25 | $558.25 | $0.00 |

|  |  | Clerk, US Bankruptcy Court (Claim No. 16; George Leynaud) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.59 |
|---|---|---|---|---|---|---|---|
|  | 17 | Brenntag Southwest, Inc. | 7100-000 | $0.00 | $9,579.54 | $9,579.54 | $10.11 |
|  | 18 | Custom Chemical Services | 7100-000 | $0.00 | $8,945.15 | $8,945.15 | $9.44 |
|  | 19 | Environmental Rental Services, Inc. | 7100-000 | $0.00 | $133,584.93 | $133,584.93 | $141.04 |
|  | 20 | Markel Re | 7100-000 | $0.00 | $22,443.72 | $0.00 | $0.00 |
|  | 21 | Inspectorate of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | 22 | SPL, Inc. | 7100-000 | $0.00 | $4,885.00 | $4,885.00 | $5.16 |
|  | 24 | Harms Trucking | 7100-000 | $0.00 | $11,110.00 | $11,110.00 | $11.73 |
|  | 25 | American Express Travel Related Services | 7100-000 | $0.00 | $124,128.03 | $124,128.03 | $131.06 |
|  | 26 | BIC Alliance, Inc. | 7100-000 | $0.00 | $27,331.18 | $27,331.18 | $28.86 |
|  | 27 | Future Environmental | 7100-000 | $0.00 | $19,343.66 | $19,343.66 | $20.42 |
|  | 34 | Midwest Generation EME, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | 36 | IWS Texas - Attn: Lisa Gintz | 7100-000 | $0.00 | $241.06 | $241.06 | $0.00 |
|  |  | Clerk, US Bankruptcy Court (Claim No. 36; IWS Texas - Attn: Lisa Gintz) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.25 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  |  | $0.00 | $672,416.75 | $649,973.03 | $686.25 |

**FORM I**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1         Exhibit 8

| | |
|---|---|
| **Case No.:** 10-40322-H5-7 | **Trustee Name:** Rodney Tow |
| **Case Name:** CONTINUUM CHEMICAL CORPORATION | **Date Filed (f) or Converted (c):** 11/12/2010 (f) |
| **For the Period Ending:** 2/27/2017 | **§341(a) Meeting Date:** 12/20/2010 |
| | **Claims Bar Date:** 08/09/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Business Checking Account Community National Bank, Bellaire Texas Account No. xx0672 Estimated Balance | $3,000.00 | $3,408.77 | | $3,408.77 | FA |
| 2 Auto Insurance Progressive Policy No. xxxxx354-0 Estimated Value | $250.00 | $0.00 | | $0.00 | FA |
| 3 Accounts Receivable Collected by Factoring Company: Advantage Business Capital 4605 Post Oak Place Houston, Texas 77027 1.5% Factoring Fee per month of outstanding invoices Estimated Amount $8,500.00 Adress-Walsh Company Age: 90+ days $70,384.25 Texas Pipe Supply $4,636.77 Cogen Cleaning Technology,Inc. $338.75 FMC Corporation Age: 90+ days $119.63 Vaolia-La Porte Age:1-30 days $14,058.84 Gulf Chemical & Metallurgical Corp. Age:1-30 days $1,759.00 | $99,797.24 | $24,010.61 | | $24,010.61 | FA |
| 4 Arbitration Award Continuum Chemical Corporation v. Midwest Generation EME,LLC Nature of Dispute: Breach of Contract Face Value: $1,273,000.00 (plus interest from December 2008)Cash Value: $1,273,000.00 (plus interest from December 2008) | $1,273,000.00 | $1,288,073.89 | | $1,288,073.89 | FA |
| 5 Potential Malpractice Claim Against: Ira Gould and Law Offices of Ira Gould | Unknown | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2           Exhibit 8

| | |
|---|---|
| **Case No.:** | 10-40322-H5-7 |
| **Case Name:** | CONTINUUM CHEMICAL CORPORATION |
| **For the Period Ending:** | 2/27/2017 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date Filed (f) or Converted (c):** | 11/12/2010 (f) |
| **§341(a) Meeting Date:** | 12/20/2010 |
| **Claims Bar Date:** | 08/09/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 6 | Continuum formulates products for sale and such products may constitute proprietary formulations. | Unknown | $0.00 | | $0.00 | FA |
| 7 | 1997 International 4700 3-Ton Truck with Stake Bed and Liftbed (T-444E) VIN:1HTSCABM3VH473828 116,386 miles $12,000.00, 2001 Ford F-350XL Crew Cab VIN: 1FTSW30F41ED91655 127,143 miles Some interior and exterior damage $8,500.00, 200 Ford F-350 Crew Cab VIN: 3FTSW30F81MA12229 115,534 miles $5,000.00, 2001 Ford F-350, Diesel VIN: 3FTSW30FS1MA57967 Some interior and exterior damage. 147,790 miles $8,500.00, 2004 Roadclipper, Diamond C Model 30FMax L28 Gooseneck Trailer, 24' Flatbed VIN: 46ufu2822411092221 $5,000.00, 2004 Perkins Trailer Co. P6.10 X 20 HD Gooseneck Trailer, VIN 44CPH20224T031894 $3,030.00, 2004 Husky Trailer Mfg. Co. Gooseneck Trailer VIN: 4R7G024211T033145 $4,200.00, Big State Trailers Inc. Flat Bed VIN: 432S1202711004651 $1,250.00, Superior Trailer,Flat Bed Trailer, 12 Foot Trailer VIN:4K8NX122011C78850 $1,595.00, Kentucky Trailer, Box Trailer 50ft with Office $8,000.00 | $57,075.00 | $29,100.00 | | $29,100.00 | FA |
| 8 | Office Equipment per Sch B #28 attachment | $7,193.00 | $7,193.00 | | $0.00 | FA |
| **Asset Notes:** | Abandoned by Trustee as burdensome | | | | | |
| 9 | Machinery, fixtures and supplies used in business per Sch B 29 attachment | $252,286.03 | $252,286.03 | | $0.00 | FA |
| **Asset Notes:** | Abandoned as burdensome by Trustee | | | | | |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   3          Exhibit 8

| Case No.: | 10-40322-H5-7 | | Trustee Name: | Rodney Tow |
| Case Name: | CONTINUUM CHEMICAL CORPORATION | | Date Filed (f) or Converted (c): | 11/12/2010 (f) |
| For the Period Ending: | 2/27/2017 | | §341(a) Meeting Date: | 12/20/2010 |
| | | | Claims Bar Date: | 08/09/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Raw materials: Acids,Salts,Solvents,Surfactants,Amines,Fragrances,and Miscellaneous Chemicals Estimated Value | $17,800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Abandoned as burdensome by Trustee | | | | | |
| 11 | Potential Breach of Contract Claim Against: Ira Gould and Law Offices of Ira Gould | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Claim was released in the compromise. | | | | | |
| INT | Interest Earned                              **(u)** | Unknown | Unknown | | $2.24 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $1,710,401.27 | $1,604,072.30 | | $1,344,595.51 | $0.00 |

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/24/2016 | JW-FILED MOTION TO DEPOSIT FUNDS INTO COURT'S REGISTRY |
| 10/11/2016 | JW-WAITING ON CHECKS TO CLEAR BANK.  10/23/2016 WILL BE NINETY DAYS IF CHECKS HAVE NOT CLEARED I WILL FILE A APPLICATION TO DEPOSIT THE UNCLAIMED FUNDS TO THE COURT'S REGISTRY. |
| 06/21/2016 | JW-THE UST FILED THE TFR AND FEE APP WITH THE COURT |
| 03/26/2015 | N.O. Sending Financial File to the US Trustee's office. |
| 02/24/2015 | N.O. Put financial file together to send to US Trustee's Office. |
| 12/30/2014 | JW-THIS CASE IS READY TO CLOSE.  I WILL HAVE MY TFR SUBMITTED ON OR BEFORE FEBRUARY 25, 2015. |
| 12/30/2013 | JW-REVIEWING CLAIMS AND PREPARING FOR TFR. |
| 10/18/2013 | JW-THE COURT APPROVED THE FORMER TRUSTEE'S FEE APPLICATION. |
| 10/11/2013 | JW-FORMER TRUSTEE FILED AN AMENDED FEE APPLICATION |
| 08/29/2013 | JW-RT FILED SUCCESSOR'S ACCOUNTING |
| 08/27/2013 | JW-COURT APPROVED ACCOUNTANT'S FINAL FEE APPLICATION. |
| 07/31/2013 | JW-ACCOUNTANT FILED HIS FINAL FEE APPLICATION. |
| 07/12/2013 | JW-COURT APPROVED ACCOUNTANT'S APPLICATION TO EMPLOY. |
| 06/18/2013 | JW-TRUSTEE FILED APPLICATION TO EMPLOY ACCOUNTANT. |
| 05/15/2013 | JW-RT WAS APPOINTED SUCCESSOR TRUSTEE |
| 12/30/2012 | Estate assets fully adminsitered; claims need to be reviewed; begin closing process of estate. |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  4          Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 10-40322-H5-7 | |
| **Case Name:** | CONTINUUM CHEMICAL CORPORATION | |
| **For the Period Ending:** | 2/27/2017 | |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date Filed (f) or Converted (c):** | 11/12/2010 (f) |
| **§341(a) Meeting Date:** | 12/20/2010 |
| **Claims Bar Date:** | 08/09/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 09/30/2012 | Abandoned debtor records stored in Illinois.  Cunsel filed first and final appl for compensation.  Court granted same. |
| 06/30/2012 | Resolution of adv reached; filed multi-party 9019 and secured approval from Court. |
| 03/30/2012 | Continued prosecution of adversary intiated in May 2011. Addressed potential consolidation of adv with obj to claim of Gould; continue working with interested parties to effectuate settlement. |
| 12/30/2011 | Resolution regarding encumbered arbitration award is taking longer than anticipated due to creditor opposition. Preliminary hearing set for February 2012. |
| 09/30/2011 | Employ of auctioneer approved, auction held, funds rec'd; obj to claims filed; notice of abadonment filed; report of auction filed; appl to compromise controversy with Westlane filed. |
| 06/30/2011 | Appl filed to employ counsel as well as auctioneer; joint adv filed against Chellino Crane and parties of interest; employ of counsel approved; |
| 03/30/2011 | Will be looking to employ Webster to sell vehicles. |
| 12/30/2010 | reviewing liens and what is reported to be owned by debtor. |

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2011 | **Current Projected Date Of Final Report (TFR):** | 02/25/2015 | /s/ RODNEY TOW |
| | | | | RODNEY TOW |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 10-40322-H5-7 | |
| Case Name: | CONTINUUM CHEMICAL CORPORATION | |
| Primary Taxpayer ID #: | **-***3486 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/12/2010 | |
| For Period Ending: | 2/27/2017 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0322 |
| Account Title: | CK |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2011 | | STERLING BANK | TRANSFER FUNDS | 9999-000 | $27,421.62 | | $27,421.62 |
| 06/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $32.66 | $27,388.96 |
| 07/13/2011 | (7) | Webster's Auction Palace, Inc. | Auction proceeds | 1129-000 | $29,100.00 | | $56,488.96 |
| 07/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $69.91 | $56,419.05 |
| 08/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $91.00 | $56,328.05 |
| 09/06/2011 | 5002 | Harris County, et al | 7/18/11  #46 vehicle taxes | 4210-000 | | $18,871.50 | $37,456.55 |
| 09/07/2011 | 5001 | Webster's Auction Palace, Inc. | 7/18/11  #46 Agreed Order Authorizing Employment of Auctioneer and Sale of Personal Property by Public Auction (and payment of commission) | * | | $5,192.00 | $32,264.55 |
| | | | $(4,365.00) | 3610-000 | | | $32,264.55 |
| | | | $(827.00) | 3620-000 | | | $32,264.55 |
| 09/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.28 | $32,193.27 |
| 10/19/2011 | 5003 | George Adams & Co. | Bond Payment | 2300-000 | | $42.64 | $32,150.63 |
| 10/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.91 | $32,098.72 |
| 11/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.10 | $32,048.62 |
| 12/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.69 | $31,996.93 |
| 01/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.61 | $31,945.32 |
| 02/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $48.20 | $31,897.12 |
| 03/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.45 | $31,845.67 |
| 04/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.71 | $31,795.96 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.28 | $31,744.68 |
| 06/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.55 | $31,695.13 |
| 07/05/2012 | (4) | Midwest Generation EME, LLC | 05/25/2012 #156 Order Authorizing Trustee to Compromise Pursuant to Bankruptcy Rule 9019 | 1129-000 | $1,288,073.89 | | $1,319,769.02 |
| 07/06/2012 | 5004 | Chellino Crane, Inc. | 5/25/12  #156 Order authorizing trustee to compromise claims | 4220-000 | | $163,535.86 | $1,156,233.16 |
| 07/06/2012 | 5005 | Feece Oil Company | 5/25/12  #156 Order authorizing trustee to compromise claims | 4220-000 | | $142,434.04 | $1,013,799.12 |

| | | | **SUBTOTALS** | | $1,344,595.51 | $330,796.39 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 10-40322-H5-7 | **Trustee Name:** | Rodney Tow |
| **Case Name:** | CONTINUUM CHEMICAL CORPORATION | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***3486 | **Checking Acct #:** | ******0322 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | CK |
| **For Period Beginning:** | 11/12/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/27/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 07/06/2012 | 5006 | Rachke Piping and Mechanical, Inc. | 5/25/12 #156 Order authorizing trustee to compromise claims | 4220-000 | | $399,732.21 | $614,066.91 |
| 07/06/2012 | 5007 | Medford Investments, L.P. | 5/25/12 #156 Order authorizing trustee to compromise claims | 4210-000 | | $53,631.38 | $560,435.53 |
| 07/06/2012 | 5008 | Ira Gould d/b/a Law Offices of Ira Gould | 5/25/12 #156 Order authorizing trustee to compromise claims | 2990-000 | | $150,037.37 | $410,398.16 |
| 07/06/2012 | 5009 | Diamond McCarthy LLP f/b/o Westlane Capital Corp. | 5/25/12 #156 Order authorizing trustee to compromise claims | 4210-000 | | $319,091.72 | $91,306.44 |
| 07/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $478.74 | $90,827.70 |
| 08/28/2012 | 5010 | McFall Breitbeil & Smith PC | 8/27/12 #168 Order granting first and final application for comp and expenses for counsel for trustee. | * | | $53,410.79 | $37,416.91 |
| | | | $(48,181.50) | 3110-000 | | | $37,416.91 |
| | | | $(5,229.29) | 3120-000 | | | $37,416.91 |
| 08/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $140.94 | $37,275.97 |
| 09/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $58.19 | $37,217.78 |
| 10/11/2012 | 5011 | GEORGE ADAMS & COMPANY | Estate Bond Payment | 2300-000 | | $38.92 | $37,178.86 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $60.00 | $37,118.86 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $57.94 | $37,060.92 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $59.78 | $37,001.14 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $59.68 | $36,941.46 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $53.82 | $36,887.64 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $59.50 | $36,828.14 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $57.49 | $36,770.65 |
| 05/29/2013 | | Green Bank | Transfer Funds | 9999-000 | | $36,770.65 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **SUBTOTALS** | | $0.00 | $1,013,799.12 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-40322-H5-7 | |
| **Case Name:** | CONTINUUM CHEMICAL CORPORATION | |
| **Primary Taxpayer ID #:** | **-***3486 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/12/2010 | |
| **For Period Ending:** | 2/27/2017 | |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Bank Name:** | Integrity Bank |
| **Checking Acct #:** | ******0322 |
| **Account Title:** | CK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | | $1,344,595.51 | $1,344,595.51 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | | $27,421.62 | $36,770.65 | |
| | | | **Subtotal** | | | $1,317,173.89 | $1,307,824.86 | |
| | | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | | **Net** | | | $1,317,173.89 | $1,307,824.86 | |

| For the period of 11/12/2010 to 2/27/2017 | | For the entire history of the account between 06/02/2011 to 2/27/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,317,173.89 | Total Compensable Receipts: | $1,317,173.89 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,317,173.89 | Total Comp/Non Comp Receipts: | $1,317,173.89 |
| Total Internal/Transfer Receipts: | $27,421.62 | Total Internal/Transfer Receipts: | $27,421.62 |
| | | | |
| Total Compensable Disbursements: | $1,307,824.86 | Total Compensable Disbursements: | $1,307,824.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,307,824.86 | Total Comp/Non Comp Disbursements: | $1,307,824.86 |
| Total Internal/Transfer Disbursements: | $36,770.65 | Total Internal/Transfer Disbursements: | $36,770.65 |

Page No: 4          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-40322-H5-7 | | Trustee Name: | Rodney Tow |
| Case Name: | CONTINUUM CHEMICAL CORPORATION | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***3486 | | Money Market Acct #: | ******0322 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/27/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/06/2011 | (3) | Advantage Business Capital | 215  Reserve Refund from factoring company | 1121-000 | $4,437.36 | | $4,437.36 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.15 | | $4,437.51 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.17 | | $4,437.68 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.19 | | $4,437.87 |
| 04/14/2011 | (3) | Advantage Business Capital | 215 Continuum Chem. Corp. Reserve Refund | 1121-000 | $19,573.25 | | $24,011.12 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.61 | | $24,011.73 |
| 05/18/2011 | (1) | Continuum Chemical Corporation | Total funds from closing corp. account | 1129-000 | $3,408.77 | | $27,420.50 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.08 | | $27,421.58 |
| 06/02/2011 | (INT) | STERLING BANK | INTEREST | 1270-000 | $0.04 | | $27,421.62 |
| 06/02/2011 | | INTEGRITY BANK | TRANSFER FUNDS | 9999-000 | | $27,421.62 | $0.00 |

| | | | TOTALS: | | $27,421.62 | $27,421.62 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $27,421.62 | |
| | | | Subtotal | | $27,421.62 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $27,421.62 | $0.00 | |

| For the period of 11/12/2010 to 2/27/2017 | | For the entire history of the account between 01/05/2011 to 2/27/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $27,421.62 | Total Compensable Receipts: | $27,421.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,421.62 | Total Comp/Non Comp Receipts: | $27,421.62 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $27,421.62 | Total Internal/Transfer Disbursements: | $27,421.62 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 10-40322-H5-7 | | | Trustee Name: | Rodney Tow | |
| Case Name: | CONTINUUM CHEMICAL CORPORATION | | | Bank Name: | Green Bank | |
| Primary Taxpayer ID #: | **-***3486 | | | Checking Acct #: | ******2201 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 11/12/2010 | | | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 2/27/2017 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2013 | | Integrity Bank | Transfer Funds | 9999-000 | $36,770.65 | | $36,770.65 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.57 | $36,761.08 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $53.58 | $36,707.50 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.23 | $36,648.27 |
| 08/27/2013 | 1001 | WILLIAM G. WEST | 8/27/13 #180 | 3410-000 | | $6,185.36 | $30,462.91 |
| 08/27/2013 | 1002 | WILLIAM G. WEST | 8/27/2013 #180 | 3420-000 | | $160.52 | $30,302.39 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $62.95 | $30,239.44 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.40 | $30,195.04 |
| 10/03/2013 | 1003 | George Adams & Co. | Bond Payment | 2300-000 | | $32.10 | $30,162.94 |
| 10/03/2013 | 1003 | VOID: George Adams & Co. | Void of Check# 1003 | 2300-003 | | ($32.10) | $30,195.04 |
| 10/03/2013 | 1004 | George Adams & Co. | Bond Payment | 2300-000 | | $32.10 | $30,162.94 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $48.71 | $30,114.23 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $48.59 | $30,065.64 |
| 12/09/2013 | 1005 | W. Steve Smith | 10/18/2013 #190 | 2100-000 | | $15,598.79 | $14,466.85 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.52 | $14,435.33 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $24.79 | $14,410.54 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.00 | $14,389.54 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.72 | $14,367.82 |
| 04/29/2014 | 1006 | Comptroller of Public Accounts | 5/25/2012 #156 | 5800-000 | | $12,564.15 | $1,803.67 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.72 | $1,800.95 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.09 | $1,797.86 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.62 | $1,795.24 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.89 | $1,792.35 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $1,789.37 |
| 07/22/2016 | 1007 | Rodney Tow, Trustee | Trustee Compensation | 2100-000 | | $1,103.12 | $686.25 |
| 07/22/2016 | 1007 | VOID: Rodney Tow, Trustee | | 2100-003 | | ($1,103.12) | $1,789.37 |
| 07/22/2016 | 1008 | Univar USA Inc. | Distribution on Claim #: 1; | 7100-000 | | $48.56 | $1,740.81 |
| 07/22/2016 | 1009 | Davis & Hosfield Consulting | Distribution on Claim #: 2; | 7100-000 | | $46.54 | $1,694.27 |
| | | | **SUBTOTALS** | | $36,770.65 | $35,076.38 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-40322-H5-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | CONTINUUM CHEMICAL CORPORATION | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3486 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/27/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2016 | 1010 | Baker Petrolite Corporation | Distribution on Claim #: 3; | | 7100-000 | | $25.35 | $1,668.92 |
| 07/22/2016 | 1011 | Markel RE | Distribution on Claim #: 5; | | 7100-000 | | $35.93 | $1,632.99 |
| 07/22/2016 | 1012 | YRC, INC | Distribution on Claim #: 6; | | 7100-000 | | $17.55 | $1,615.44 |
| 07/22/2016 | 1013 | Clerk, US Bankruptcy Court | Small Dividends | | * | | $11.97 | $1,603.47 |
| | | | Claim Amount | $(1.37) | 7100-001 | | | $1,603.47 |
| | | | Claim Amount | $(0.37) | 7100-001 | | | $1,603.47 |
| | | | Claim Amount | $(4.08) | 7100-001 | | | $1,603.47 |
| | | | Claim Amount | $(2.93) | 7100-001 | | | $1,603.47 |
| | | | Claim Amount | $(2.38) | 7100-001 | | | $1,603.47 |
| | | | Claim Amount | $(0.59) | 7100-001 | | | $1,603.47 |
| | | | Claim Amount | $(0.25) | 7100-001 | | | $1,603.47 |
| 07/22/2016 | 1014 | Wingate Inn | Distribution on Claim #: 9; | | 7100-000 | | $118.64 | $1,484.83 |
| 07/22/2016 | 1015 | J.E. Manzi and Associates, Inc. | Distribution on Claim #: 12; | | 7100-000 | | $18.12 | $1,466.71 |
| 07/22/2016 | 1016 | Friedman & Bruya, Inc. | Distribution on Claim #: 13; | | 7100-000 | | $5.77 | $1,460.94 |
| 07/22/2016 | 1017 | Brenntag Southwest, Inc. | Distribution on Claim #: 17; | | 7100-000 | | $10.11 | $1,450.83 |
| 07/22/2016 | 1018 | Custom Chemical Services | Distribution on Claim #: 18; | | 7100-000 | | $9.44 | $1,441.39 |
| 07/22/2016 | 1019 | Environmental Rental Services, Inc. | Distribution on Claim #: 19; | | 7100-000 | | $141.04 | $1,300.35 |
| 07/22/2016 | 1020 | SPL, Inc. | Distribution on Claim #: 22; | | 7100-000 | | $5.16 | $1,295.19 |
| 07/22/2016 | 1021 | Harms Trucking | Distribution on Claim #: 24; | | 7100-000 | | $11.73 | $1,283.46 |
| 07/22/2016 | 1022 | American Express Travel Related Services | Distribution on Claim #: 25; | | 7100-000 | | $131.06 | $1,152.40 |
| 07/22/2016 | 1023 | BIC Alliance, Inc. | Distribution on Claim #: 26; | | 7100-000 | | $28.86 | $1,123.54 |
| 07/22/2016 | 1024 | Future Environmental | Distribution on Claim #: 27; | | 7100-000 | | $20.42 | $1,103.12 |
| 07/22/2016 | 1025 | Rodney Tow, Trustee | Trustee Compensation | | 2100-000 | | $1,103.12 | $0.00 |
| 10/24/2016 | 1008 | STOP PAYMENT: Univar USA Inc. | Stop Payment for Check# 1008 | | 7100-004 | | ($48.56) | $48.56 |
| 10/24/2016 | 1011 | STOP PAYMENT: Markel RE | Stop Payment for Check# 1011 | | 7100-004 | | ($35.93) | $84.49 |
| 10/24/2016 | 1026 | US Bankruptcy Clerk | Unclaimed Funds | | * | | $84.49 | $0.00 |
| | | | Claim Amount | $(48.56) | 7100-001 | | | $0.00 |
| | | | Claim Amount | $(35.93) | 7100-001 | | | $0.00 |

| | | | | | SUBTOTALS | $0.00 | $1,694.27 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 10-40322-H5-7 | **Trustee Name:** | Rodney Tow |
| **Case Name:** | CONTINUUM CHEMICAL CORPORATION | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***3486 | **Checking Acct #:** | ******2201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 11/12/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/27/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $36,770.65 | $36,770.65 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $36,770.65 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $36,770.65 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $36,770.65 | |

| For the period of  11/12/2010 to 2/27/2017 | | For the entire history of the account between 05/28/2013 to 2/27/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $36,770.65 | Total Internal/Transfer Receipts: | $36,770.65 |
| | | | |
| Total Compensable Disbursements: | $36,770.65 | Total Compensable Disbursements: | $36,770.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $36,770.65 | Total Comp/Non Comp  Disbursements: | $36,770.65 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 10-40322-H5-7 | |
| Case Name: | CONTINUUM CHEMICAL CORPORATION | |
| Primary Taxpayer ID #: | **-***3486 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/12/2010 | |
| For Period Ending: | 2/27/2017 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Green Bank |
| Checking Acct #: | ******2201 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,344,595.51 | $1,344,595.51 | $0.00 |

| For the period of 11/12/2010 to 2/27/2017 | |
|---|---|
| Total Compensable Receipts: | $1,344,595.51 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,344,595.51 |
| Total Internal/Transfer Receipts: | $64,192.27 |
| | |
| Total Compensable Disbursements: | $1,344,595.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,344,595.51 |
| Total Internal/Transfer Disbursements: | $64,192.27 |

| For the entire history of the case between 11/12/2010 to 2/27/2017 | |
|---|---|
| Total Compensable Receipts: | $1,344,595.51 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,344,595.51 |
| Total Internal/Transfer Receipts: | $64,192.27 |
| | |
| Total Compensable Disbursements: | $1,344,595.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,344,595.51 |
| Total Internal/Transfer Disbursements: | $64,192.27 |

/s/ RODNEY TOW

RODNEY TOW